CURRIE, MAYOR, *v.* UNITED STATES *ex rel.* JACOBS. Error to the Circuit Court of the United States for the Western District of Louisiana. No. 107. MR. CHIEF JUSTICE FULLER. In this case a peremptory writ of mandamus was awarded, commanding the levy of a special tax for the payment of the judgment rendered in favor of Jacobs and Smith, and against the city of Shreveport, just reversed in the preceding case, No. 106, for want of jurisdiction.

*The judgment must, therefore, be reversed, and the cause remanded, with directions to dismiss the petition.*